# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

TOM TRAVISON et al.,

    Plaintiffs,

v.                                    CASE NO. 4:04cv409-RH/WCS

PRISON HEALTH SERVICES, INC.,
et al.,

    Defendants.

_____/

## ORDER DISMISSING CLAIMS AGAINST DEFENDANT MANSOURI

Upon consideration of the joint stipulation of dismissal entered by plaintiff and defendant Abolfazl Sadat-Mansouri (document 35),

IT IS ORDERED:

1. All claims against defendant Abolfazl Sadat-Mansouri are dismissed with prejudice. I hereby expressly determine that there is no just reason for delay and expressly direct the clerk to enter judgment stating, "Pursuant to Federal Rule of Civil Procedure 54(b), all claims by plaintiff against defendant Abolfazl Sadat-Mansouri are dismissed with prejudice." All claims against defendants Prison

*Page 2 of 2*

Health Services, Inc., Susan Cole, William Primas, and Larry Campbell remain pending.

    2.  Plaintiff's motion (document 33) to extend time to respond to discovery requested by defendant Abolfazl Sadat-Mansouri is DENIED as moot.

    SO ORDERED this 6th day of July, 2005.

                                    s/Robert L. Hinkle
                                    Chief United States District Judge